IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| UNITED STATES OF AMERICA | ) | Criminal Case No. 6:10cr00013-1 |
|---|---|---|
| | ) | |
| v. | ) | **2255 MEMORANDUM OPINION** |
| | ) | |
| ZEB ANTHONY HENSON, | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

On March 1, 2016, petitioner Zeb Anthony Henson filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and the court conditionally filed the motion on March 8, 2016, requiring Henson to provide information concerning the timeliness of the motion. On March 21, 2016, the order was returned to the court as undeliverable and marked by the United States Postal Service as: "Refused." No forwarding address was given and Henson has not provided the court with an updated address. Inasmuch as the court has no means of contacting Henson, I will dismiss this action without prejudice. Henson is advised that he may refile his claims in a separate action.

    **ENTER**: This  31st  day of March, 2016.

                                                  _____
                                                  NORMAN K. MOON
                                                  UNITED STATES DISTRICT JUDGE