# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 6:10cr00013-1 |
| | ) | |
| v. | ) | **2255 ORDER** |
| | ) | |
| ZEB ANTHONY HENSON, | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of this court.

Further, finding that Henson has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of the memorandum opinion and this order to petitioner at his last known address.

**ENTER**: This 31st day of March, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE