IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 6:10cr00013-1 |
| | ) | |
| v. | ) | |
| | ) | |
| ZEB ANTHONY HENSON, | ) | By: Elizabeth K. Dillon |
| Petitioner. | ) | United States District Judge |

**FINAL ORDER**

In accordance with the Memorandum Opinion entered this day, it is hereby ORDERED that Henson's motion pursuant to 28 U.S.C. § 2255 is DISMISSED and this action is STRICKEN from the active docket of the court.

Further, finding that Henson has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to Mr. Henson, petitioner.

Entered: December 8, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge